IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRUCE RAY GREER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil No. 09-1065-JPG-CJP** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| ) | |
| Defendant. ) | |

### REPORT and RECOMMENDATION

This Report and Recommendation is respectfully submitted to United States District Judge J. Phil Gilbert pursuant to **28 U.S.C. § 636(b)(1)(B)**.

This matter is before the Court on Defendant's Motion for Change of Venue. **(Doc. 7)**. Plaintiff has not filed a response to the motion, and the time for doing so has now expired.

Plaintiff Bruce Ray Greer filed his complaint pursuant to **42 U.S.C. § 405(g)**, seeking judicial review of the Social Security Administration decision finding that he is not disabled and denying him Disability Insurance Benefits.

Section 405(g) provides that an action for review of a final agency decision denying an applicant Social Security benefits "shall be brought in the district court of the United States for the judicial district in which the plaintiff resides...." According to the complaint, plaintiff resides in Grayson, Kentucky. **See, Doc. 2, ¶1.**

Grayson, Kentucky, is located in Carter County. It is within the Eastern District of Kentucky.

This Court recommends that Defendant's Motion for Change of Venue **(Doc. 7)** be **GRANTED**. This case should be transferred to the District Court for the Eastern District of

1

Kentucky.

Objections to this report and recommendation must be filed on or before **April 5, 2010.**

**Submitted: March 18, 2010.**

                **s/ Clifford J. Proud**
                **CLIFFORD J. PROUD**
                **UNITED STATES MAGISTRATE JUDGE**